Jobson O. OMOLEWA, Petitioner,

v.

U.S. IMMIGRATION & NATURALIZA-TION SERVICE; John Ashcroft, U.S. Attorney General, Respondents.

No. 02–1758.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 22, 2003.

Decided Jan. 29, 2003.

Thomas A. Elliot, Fabienne Chatain, Elliot & Mayocok, Washington, D.C., for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Norah Ascoli Schwarz, John C. Cunningham, Senior Litigation, Office of Immigration Litigation, United States Department of Justice, Washington D.C., for Respondents.

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Jobson O. Omolewa seeks review of the Board of Immigration Appeals' ("Board") decision and order denying his motion to reopen immigration proceedings. We have reviewed the administrative record and the Board's decision and find no abuse of discretion. *See* 8 C.F.R. § 3.2(a) (2002); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny Omolewa's petition for review on the reasoning of the Board. *See In re: Omolewa,* No. A28–290–039 (B.I.A. June 17, 2002). We deny Omolewa's motion for stay of removal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*